UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARK TOUCHTON | CIVIL ACTION NO. 26-cv-3397 |
| VERSUS | JUDGE VAN HOOK |
| M A TRUCKING L L C ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

MA Trucking, LLC filed its Diversity Jurisdiction Disclosure Statement (Doc. 2) and alleged that it is a "foreign limited liability company" with its principal place of business in Alabama. The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018).

MA Trucking, LLC must file, no later than **September 18, 2026**, an amended Diversity Jurisdiction Disclosure Statement that identifies each of its members and alleges the citizenship of each in accordance with the applicable rules.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 8th day of September, 2026.

**Mark L. Hornsby**
**U.S. Magistrate Judge**